**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2185

JACKSON MOORE,

Plaintiff - Appellant,

versus

NEW HANOVER COUNTY GOVERNMENT; COUNTY
COMMISSIONERS; COUNTY MANAGER; HUMAN RELATIONS
COMMISSION; CARL A. BYRD; JOHN DAVIS; CYNTHIA
STEVENS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever III, Magistrate Judge. (CA-03-195-DEV)

Submitted: February 24, 2005          Decided: March 4, 2005

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jackson Moore, Appellant Pro Se. Edwin Holt Moore, III, NEW HANOVER COUNTY ATTORNEY'S OFFICE, Wilmington, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jackson Moore appeals the magistrate judge's order[*] denying relief on his complaint filed pursuant to 42 U.S.C. §§ 2000e to 2000e-17 (2000) ("Title VII"); 42 U.S.C. §§ 1981 and 1985 (2000); and the Fourteenth Amendment's Equal Protection Clause. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moore v. New Hanover County Gov't, No. CA-03-195-DEV (E.D.N.C. Aug. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).